UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYNIECE ALCORN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 1:14-cv-00557 |
| V. ) | |
| ) | Honorable Elaine E. Bucklo |
| MIDLAND FUNDING, LLC, ) | |
| MIDLAND CREDIT ) | Magistrate Judge Sheila M. Finnegan |
| MANAGEMENT, INC., ) | |
| and ENCORE CAPITAL GROUP, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendants herein, by and through their attorneys, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: June 19, 2014

| | |
|---|---|
| **THE LAW OFFICE OF M. KRIS KASALO, LTD.** | **DYKEMA GOSSETT PLLC** |
| Mario Kris Kasalo | Theodore W. Seitz |
| By: /s/ *Mario Kris Kasalo* | Bryan J. Anderson |
| Attorney I.D.# 6292190 | By: /s/ *Bryan J. Anderson* |
| 20 North Clark Street, Suite 3100 | 10 S. Wacker Drive, Suite 2300 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| Telephone: 312.726.6160 | Telephone: 312-627-2251 |
| Facsimile: 312.698.5054 | banderson@dykema.com |
| mario.kasalo@kasalolaw.com | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |